regarding an expedited election matter. Upon consideration of the motion for leave to intervene of Blauser Farm Partnership and Rocky Lee Blauser,

IT IS ORDERED by the court that the motion for leave to intervene be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**01–1969.   State ex rel. Harp v. Indus. Comm.**
Franklin App. No. 00AP–1436. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. It appears from the records of this court that appellant has not filed a merit brief, due February 19, 2002, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this case with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed, *sua sponte.*

*Tuesday, February 26, 2002*

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**02–44.   State ex rel. Knop v. Indus. Comm.**   Franklin App. No. 01AP–366.

*Thursday, February 28, 2002*

## MEDIATION DOCKET

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**01–1693.   Spalding v. Coulson.**
Cuyahoga App. No. 76666. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion to refer case to master commissioner for settlement conference pursuant to S.Ct.Prac.R. XIV(6)(A),

IT IS ORDERED by the court that the motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that the parties shall comply with the Rules of Practice including S.Ct.Prac.R. XIV(6)(C).

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**01–2248.   State ex rel. Baker v. Indus. Comm.**   Franklin App. No. 01AP–477.

## MOTION DOCKET

**01–1634.   State ex rel. Capitol Mfg., Div. of Harsco Corp. v. Johnson.**
Franklin App. No. 00AP–1100. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before June 21, 2002.

**01–2207.   SCIT, Inc. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 98–E–345. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of the joint motion for extension of time to file appellant's merit brief pending settlement pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before March 29, 2002.

**02–23.   State ex rel. Talliouris v. Corcon, Inc.**
Franklin App. No. 00AP–1189. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Franklin County. Upon consideration of appellant/cross-appellee's